UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| MELISSA DIRETTO, Individually and as Personal Representative of PETER NEELY,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTRY INN & SUITES and SUN GROUP MANAGEMENT, LLC,<br><br>    Defendants. | Case No.: **1:16-cv-01037-JCC-IDD** |

**NOTICE OF WAIVER OF ORAL ARGUMENT ON PLAINTIFF'S OBJECTION TO MAGISTRATE JUDGE'S ORDER DENYING RULE 34 EXPEDITED ENTRY**

    Pending before the Court is Plaintiff's September 30, 2016 Objection to Magistrate Judge's Order Denying Rule 34 Expedited Entry. Undersigned counsel has conferred with Defendants' counsel, and all parties have agreed to waive oral argument on the Objection.

Dated: October 4, 2016.

                                                              Respectfully submitted,

By:       /s/
          Christopher M. Day (VSB# 37470)
          CMDay@jurisday.com
          Earl "Trey" Mayfield (VSB# 41691)
          TMayfield@jurisday.com
          Juris Day, PLLC
          10521 Judicial Drive, #200
          Fairfax, VA 22030
          (o) 703-268-5600
          (x) 703-268-5602

          Jules Zacher (PA Bar # 20574 )
          Admitted *Pro Hac Vice*
          Jules Zacher, PC
          1601 Walnut Street, Suite 707
          Philadelphia, PA 19102

    (o) 215-988-0160
    (x) 215-988-0169
    zacherlaw@gmail.com

John Zervanos (PA Bar # 49615)
Admitted *Pro Hac Vice*
Soloff & Zervanos, P.C.
1525 Locust Street, 8th Floor
Philadelphia, PA 19102
(o) 215-392-4217
(x) 215-732-2289
jzervanos@lawsz.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on October 4, 2016, a copy of the foregoing is being served on the defendants by ECF.

By:    /s/
    Earl Mayfield, Esquire

2