```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                 EASTERN DISTRICT OF VIRGINIA

                       Alexandria Division


MELISSA DIRETTO,                  )
                                  )
     Plaintiff,                   )
                                  )
          v.                      )    1:16cv1037(JCC/IDD)
                                  )
COUNTRY INN & SUITES BY           )
CARLSON, et al.,                  )
                                  )
     Defendants.                  )
```

**O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that

    1)    Plaintiff's Rule 72(a) Objection [Dkt. 32] is OVERRULED;

    2)    Defendants' Partial Motion to Dismiss [Dkt. 40] is GRANTED IN PART.  Counts I and II of Plaintiff's Amended Complaint are DISMISSED WITH PREJUDICE.  Defendants' Motion is DENIED in all other respects; and

    3)    The Clerk of the Court shall forward copies of this Order to all counsel of record.

It is so ORDERED.

```
                                        /s/
February 2, 2017                  James C. Cacheris
Alexandria, Virginia        UNITED STATES DISTRICT COURT JUDGE
```